UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES THAD FINK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:25-cv-06977-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $8,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 30, 2025 __

　　　　　　　　　　　　　　　　　　／s/ John D. Early
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge